UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re: JUUL Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation** | Case No.  19-md-02913-WHO<br><br>**SECOND ORDER REGARDING CLAIMS RIPE FOR DISMISSAL AGAINST ALTRIA**<br><br>Re: Dkt. Nos. 4342, 4351, 4356 |

Having reviewed Altria's further Supplemental Notice of Claims Ripe for Dismissal with Prejudice (Dkt. No. 4356), the following cases are DISMISSED WITH PREJUDICE against all Altria-related entities. **The Clerk's Office shall dismiss the Altria entities and close these cases**:

3:21-cv-06241 Rogadi, Abderrahim
3:22-cv-00203 Trussell, Ronnie
3:22-cv-01327 Bradley, Melissa
3:22-cv-01463 Butler, Ambriel
3:22-cv-08679 Blalock, Emanual
3:19-cv-06902 Rodriguez, Arman
3:20-cv-07880 Streitmann, Hannah
3:20-cv-07877 Edge, Patrick
3:21-cv-05680 Oxley, Erica
3:21-cv-08997 Williams, Donte
3:22-cv-08668 Hilliard, Michelle
3:21-cv-04180 White, Allene obo E.W.

**IT IS SO ORDERED.**

Dated: January 7, 2025



William H. Orrick
United States District Judge